■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CARTER, SR., Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered September 5, 1984, convicting him of assault in the second degree, assault in the third degree, and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have examined the defendant's contentions and find them to be without merit. Thompson, J. P., Niehoff, Kunzeman and Harwood, JJ., concur.